[No. 41186-5-II.  Division Two.  May 10, 2012.]

VALERIE I. KTENAS, *Respondent*, v. ROBERT TURK ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-2-15378-4, Katherine M. Stolz, J., entered August 26, 2010. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Penoyar, C.J., and Armstrong, J.

[No. 41352-3-II.  Division Two.  May 10, 2012.]

*In the Matter of the Marriage of* ELIZHALEE KEAKEALANI HAGER, *Respondent*, and ERIC ARTHUR HAGER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-3-01498-4, Beverly G. Grant, J., entered September 27, 2010. *Affirmed* by unpublished opinion per Johanson, J., concurred in by Penoyar, C.J., and Armstrong, J.

[No. 41364-7-II.  Division Two.  May 10, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS MICHAEL QUACKENBUSH, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 10-1-02467-2, Stephanie A. Arend, J., entered October 22, 2010. *Reversed* by unpublished opinion per Johanson, J., concurred in by Penoyar, C.J.; Hunt, J., dissenting.

[No. 41387-6-II.  Division Two.  May 10, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JACK SEBADE, *Appellant*.

Appeal from a judgment of the Superior Court for Wahkiakum County, No. 09-1-00022-6, William J. Faubion, J. Pro Tem., entered November 2, 2010. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Penoyar, C.J., and Armstrong, J.